IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| APG SUBS, INC. | * | CASE NO. 19-183154-DER |
| | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| CRW FOODS, INC. | * | CASE NO. 19-183184-DER |
| | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| HRK GROUP, INC. | * | CASE NO. 19-183204-DER |
| | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| RAY'S SUBWAY, INC. | * | CASE NO. 19-183224-DER |
| | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| SHORE FOODS, INC. | * | CASE NO. 19-18324-DER |
| | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO JOINTLY ADMINIISTER CHAPTER 11 CASES**

APG Subs, Inc.; CRW Foods, Inc.; HRK Group, Inc.; Ray's Subway, Inc.; and Shore Foods, Inc., debtors, by their attorney, Marc R. Kivitz, hereby file this motion to jointly administer their Chapter 11 cases, and as grounds therefor respectfully represent that:

1. On June 19, 2019, APG Subs, Inc.; CRW Foods, Inc.; HRK Group, Inc.; Ray's Subway, Inc.; and Shore Foods, Inc., debtors ("debtors"), filed a voluntary petitions under Chapter 11 of the Bankruptcy Code commencing in this Court case numbers 19-18315; 19-18318; 19-18320; 19-18322; and 19-18324, respectively.

2. The debtor corporations are all in the same business -- each owns and operates franchise Subway sandwich retail businesses:

    (i)  APG Subs, Inc. owns and operates two (2) franchises located at store # 2106 at 303 Fallston Blvd. Fallston, MD 21047; and store # 41148 at 2514 Harford Blvd, Aberdeen Proving Grounds, MD 21005;

    (ii) CRW Foods, Inc., owns and operates a franchise Subway sandwich retail business located at store # 34006 at 75 North East Plaza, North East MD 21902;

    (iii) HRK Group, Inc. owns and operates two (2) franchise Subway sandwich retail businesses located at store # 6293 at 895 Bay Ridge Road, Annapolis, MD 21403; and store # 6720 at Ritchie Hwy., Suite B, Glen Burnie, MD 21061;

    (iv) Ray's Subway, Inc., owns and operates seven (7) franchise Subway sandwich retail businesses located at store # 13024 at 1020 Beards Hill Road, Aberdeen, MD 21001; store # 24569 at 8767 Philadelphia Road, Suite L Rosedale, MD 21237; store # 16237 at 1401 Pulaski Highway, Suite E, Edgewood. MD 21040; store # 32013 at 1321 Riverside Parkway, Belcamp, MD 21017; store # 28186 at 222 Delaware Avenue, Wilmington, DE 19801; store # 3849 at 3473 Merchants Blvd.,

Abingdon, MD 21009; and store # 31078 at 426 East Main street, Middletown, DE 19209; and

    (v)  Shore Foods, Inc., owns and operates one (1) franchise Subway sandwich retail business located at store # 34000 at 107 Mt. Carmel Road, Jarrettsville, MD 21084.

3.  The debtor corporations have the same or similar ownership and officers and directors.

4.  Each of the debtor corporations has continued its operations pursuant to 11 U.S.C. § 1107, as a debtor-in-possession.

5.  Xenith Bank, a division of Union Bank & Trust of Richmond ("Bank" or "respondent"), is a financial institution doing business within the State of Maryland

6.  Each of the debtor corporations borrowed funds from Bucs Federal Credit Union and executed confessed judgment notes in favor of the lender and as collateral for the debts.

7.  Each of the debtor corporations granted security interests and liens against *inter alia* each corporation's respective accounts, instruments, documents, chattel paper, general intangibles, equipment, goods, contract rights, fixtures, notes, inventory, merchandise, materials, monies, and deposits with any financial institution, franchises, and the proceeds and products thereof.  The security interests and liens were perfected on December 26, 2006, by the recordation among the financing records of the State of Maryland of a UCC-1 financing statement ("financing statement" or "the lien"), presently owned and controlled by Xenith Bank, a Division of Union Bank & Trust of Richmond, Virginia ("Bank") a copy of which lien is attached hereto as Exhibit A and is incorporated by reference.

8. Each of the debtor corporations is a party defendant in the Confessed Judgment action filed by the Bank on March 15, 2019, in the Circuit Court for Harford County, Case number C-12-CV-19-000242, against each of the debtor corporations styled *Xenith Bank, A Division of Union Bank & Trust of Richmond, Virginia v. Burrows Management, Inc., et al.*, which action resulted in the issuance of a confessed judgment in favor of the Bank on April 11, 2019, in the amount of $1,228,868.09 against each of the debtor corporations ("confessed judgment"), copy of which confessed judgment is attached hereto as Exhibit B and is incorporated by reference.

9. The perfected lien is owned and controlled by the Bank as evidenced by the respondent's filing on March 15, 2019, of a Confessed Judgment action in the Circuit Court for Harford County, Case number C-12-CV-19-000242, against each of the debtor corporations styled *Xenith Bank, A Division of Union Bank & Trust of Richmond, Virginia v. Burrows Management, Inc., et al.*, which action resulted in the issuance of a confessed judgment in favor of the Bank on April 11, 2019, in the amount of $1,228,868.09 against each of the debtor corporations ("confessed judgment"), copy of which confessed judgment is attached hereto as Exhibit C and is incorporated by reference.  The debtor corporations aver that Xenith Bank in execution on its judgment has garnished each of the debtor corporations' operating accounts rendering impossible the continued operation of any of the debtor corporations' businesses.

10. Each of the debtor corporations has listed the confessed judgment in favor of the Bank on each of the debtor corporation's Schedule D in the amount of $1,228,868.09.

11. Several creditors holding unsecured claims entitled to priority, primarily the Comptroller of Maryland, Revenue Administration Division, are owed debts by each of the debtor corporations.

12. Several creditors holding general unsecured claims including ARC3 Gases, Comcast, and Linkus Refrigeration Co., Inc., are owed debts by several of the debtor corporations.

13. Each of the debtor corporations' accounting work is performed by FisherRing LLC, certified public accountants.

14. The debtor corporations aver that it would be administratively convenient, economical, and prudent to jointly administer these five (5) Chapter 11 reorganization cases. The debtor corporations are not seeking substantive consolidation.

WHEREFORE, APG Subs, Inc.; CRW Foods, Inc.; HRK Group, Inc.; Ray's Subway, Inc.; and Shore Foods, Inc., debtors, respectfully request that this Honorable Court:

1. Enter an Order jointly administering the above-captioned Chapter 11 cases; and

2. Award to the debtor corporations such other and further relief as is just and proper.

/s/ Marc R. Kivitz
Marc R. Kivitz
Trial Bar No. 02878
Suite 1330
201 North Charles Street
Baltimore, MD 21201
(410) 625-2300
Facsimile: (410) 576-0140
Email: mkivitz@aol.com
Attorney for debtors

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June, 2019, a copy of the foregoing motion to jointly administer Chapter 11 cases was mailed via first class mail, postage prepaid, to

| | |
|---|---|
| Xenith Bank, A Division of<br>Union Bank & Trust of Richmond<br>SERVE ON: John C. Asbury<br>President and Chief Executive Officer<br>One James Center<br>1051 E. Carey Street, Suite 1200<br>Richmond, VA  23219 | Gerard R. Vetter, Esquire<br>Assistant U. S. Trustee<br>101 W. Lombard Street<br>Suite 2625<br>Baltimore, MD 21201 |
| Scott W. Foley, Esquire<br>Chair, Banking & Financial Serv.<br>250 West Pratt Street<br>Suite 2000<br>Baltimore, MD 21201 | Raymond Burrows, III, President<br>Ray's Subway, Inc.<br>2108 Emmorton Park Road<br>Suite 203<br>Edgewood, MD 21040 |

                                      /s/ Marc R. Kivitz
                                      Marc R. Kivitz

Burrows; **CONSOLIDATE CASES JOINT ADMIN motion**