IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **APG SUBS, INC.,** *et al.*, | * | Case No. 19-18315-DER (jointly administered) |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

NOTICE IS HEREBY GIVEN that Xenith Bank, a division of Atlantic Union Bank of Richmond, Virginia ("Xenith"), hereby appears in this matter by its undersigned counsel, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 2018, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorneys be placed on the mailing matrix for this case and on all special or limited matrices and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following persons at the addresses set forth below:

> Scott W. Foley, Esquire (Fed. Bar No. 25963)
> Daniel J. Zeller, Esquire (Fed. Bar No. 28107)
> Steven W. Parker, Esquire (Fed. Bar No. 20189)
> Shapiro Sher Guinot & Sandler
> 250 W. Pratt Street, 20th Floor
> Baltimore, MD 21201
> Phone: (410) 385-4234
> Fax: (410) 539-7611
> Email:  swf@shapirosher.com
>                  djz@shapirosher.com
>                  swp@shapirosher.com

NOTICE IS FURTHER GIVEN that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint,

hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way the rights or interests of Xenith.

PLEASE TAKE FURTHER NOTICE that as provided in Bankruptcy Rule 3017(a), Xenith requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

Date:  July 1, 2019

/s/ Scott W. Foley
Scott W. Foley (Fed. Bar No. 25963)
Shapiro Sher Guinot & Sandler
250 W. Pratt St., 20th Floor
Baltimore, MD 21201-3147
Phone: (410) 385-4234
Fax: (410) 539-7611
Email: swf@shapirosher.com

*Counsel for Xenith Bank, a division of Atlantic Union Bank of Richmond, Virginia*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 1st day of July, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of Xenith Bank's, a division of Atlantic Union Bank of Richmond, Virginia, Notice of Appearance of Counsel and Request for Notices and Service of Papers will be served electronically by the Court's CM/ECF system on the following:

Marc R. Kivitz, Esquire:  mkivitz@aol.com

Hugh M. Bernstein, Esquire:  hugh.m.bernstein@usdoj.gov

Alan M. Grochal, Esquire:  agrochal@tydingslaw.com

US Trustee – Baltimore:  USTPRegion04.BA.ECF@USDOJ.GOV

              /s/ Scott W. Foley
              Scott W. Foley