IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | * |
| APG SUBS, INC. | *  CASE NO. 19-18315-DER |
|     EIN:  20-8329053 | * |
| CRW FOODS, INC. | * CASE NO. 19-18318-DER |
|     EIN: 20-1225492 | * |
| HRK GROUP, INC. | *  CASE NO. 19-18320-DER |
|     EIN:  52-2171547 | * |
| RAY'S SUBWAY, INC. | * CASE NO. 19-18322-DER |
|     EIN: 52-1823607 | * |
| SHORE FOODS, INC. | *  CASE NO. 19-18324-DER |
|     EIN:  80-0010036 | * |
| | * JOINTLY ADMINISTERED |
| Debtors | * Chapter 11 Cases under 19-18315-DER |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF CHANGE OF ADDRESS

APG Subs, Inc.; CRW Foods, Inc.; HRK Group, Inc.; Ray's Subway, Inc.; and Shore Foods, Inc., debtors, by their attorney, Marc R. Kivitz, hereby provides corrected addresses for previously scheduled creditors listed on Schedule D secured debts and Schedule F unsecured debts. The debtor is not adding any new creditors. The corrected addresses are:

Scott W. Foley, Esquire
Shapiro Sher Guinot Sandler
250 West Pratt Street, 20th Fl.
Baltimore, MD 21201

BurrKap
2108 Emmorton Park Road, Ste. 203
Edgewood, MD 21040

Building 6007 Subway, LLC
2108 Emmorton Park Road, Ste. 203
Edgewood, MD 21040

Delmar Subs, Inc.
2108 Emmorton Park Road, Ste. 203
Edgewood, MD 21040

BFZ Foods, Inc.
2108 Emmorton Park Road, Ste. 203
Edgewood, MD 21040

/s/ Marc R. Kivitz
Marc R. Kivitz
Trial Bar No. 02878
201 North Charles Street, Suite 1330
Baltimore, MD 21201
(410) 625-2300
Facsimile: (410) 576-0140
mkivitz@aol.com
Attorney for debtor

**CERTIFICATE OF MAILING**

    I HEREBY CERTIFY that on this 8th day of July 2019, a copy of the Notice of Commencement of Case was served electronically to those recipients authorized to receive a notice of electronic filing by the Court or by first class mail, postage prepaid pursuant to Federal Bankruptcy Rule 7004, to:

Scott W. Foley, Esquire
Shapiro Sher Guinot Sandler
250 West Pratt Street, 20th Fl.
Baltimore, MD 21201
swf@shapirosher.com

BurrKap
2108 Emmorton Park Road, Ste. 203
Edgewood, MD 21040

Building 6007 Subway, LLC
2108 Emmorton Park Road, Ste. 203
Edgewood, MD 21040

Delmar Subs, Inc.
2108 Emmorton Park Road, Ste. 203
Edgewood, MD 21040

BFZ Foods, Inc.
2108 Emmorton Park Road, Ste. 203
Edgewood, MD 21040

    /s/ Marc R. Kivitz
    Marc R. Kivitz