IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 19-18315-DER |
| APG SUBS, INC., et al. | * Jointly Administered Chapter 11 cases with |
| | * Case Nos. 19-18318-DER; 19-18320-DER |
| Debtors | * 19-18322-DER and 19-18324-DER |
| | * |

* * * * * * * * * * * *

## MOTION FOR AUTHORITY TO INCUR UNSECURED DEBT
## WITH ADMINISTRATIVE EXPENSE PRIORITY

APG Subs, Inc.; CRW Foods, Inc.; HRK Group, Inc.; Ray's Subway, Inc.; and Shore Foods, Inc., debtors, by their attorney, Marc R. Kivitz, hereby file this motion pursuant to 11 U.S.C. § 364(b) for authority to incur am unsecured debt with an administrative expense priority for financing insurance premiums for employment practices liability insurance with AFCO Credit Corporation through its agent, USI Insurance Services National, Inc., and as grounds therefore respectfully represent that:

1. On June 19, 2019, APG Subs, Inc.; CRW Foods, Inc.; HRK Group, Inc.; Ray's Subway, Inc.; and Shore Foods, Inc., debtors ("debtors"), filed a voluntary petitions under Chapter 11 of the Bankruptcy Code commencing in this Court case numbers 19-18315-DER; 19-18318-DER; 19-18320-DER; 19-18322-DER; and 19-18324-DER, respectively.

2. By Order dated and entered June 20, 2019, as Docket No. 12, the above-captioned cases were jointly administered under Case No. 19-18315-DER

3. The debtor corporations are all in the same business -- each owns and operates franchise Subway sandwich retail businesses.

4. On or about February 11, 2019, prior to the filing of the voluntary petitions, the debtors entered into a Commercial Premium Finance Agreement (the "Agreement") with AFCO Credit Corporation ("AFCO"), through AFCO's agent, USI Insurance Services National, Inc., to finance employment practices liability insurance premiums totaling $5,005.00 with a down payment in the amount of $434.05 of the remaining balance of

$4,570.95 at an annual interest rate of 8.80% in eleven (11) equal monthly payments each in the amount of $434.05 commencing March 12, 2019, with payments due on the twelfth day of each succeeding month including a finance charge of $203.60 and payments totaling $4,774.55.  A copy of the Commercial Premium Finance Agreement is attached hereto as Exhibit A and is incorporated herein by reference.

5.  The debtors desire to continue to finance the payment of the annual insurance premiums rather than to pay for the full unpaid amount of the annual insurance premium in order not to negatively affect cashflow for business purposes.  AFCO has offered to continue to finance the insurance premiums under the same terms as set forth in the Agreement at the same annual interest rate of 8.80%.  In addition to the initial down payment, four (4) of the eleven (11) premium payments were timely tendered pre-petition.  The Agreement will finance the remaining balance of the insurance premium on an unsecured basis.

5.  The debtors believe that the financing of the insurance coverage is beneficial to the operations of each of the businesses of the debtor corporations as opposed to the immediate drain which the payment of unpaid balance of the insurance premiums would cause, and aver that the payment of the finance charge is minimal in comparison to the benefit derived.

WHEREFORE, APG Subs, Inc.; CRW Foods, Inc.; HRK Group, Inc.; Ray's Subway, Inc.; and Shore Foods, Inc., debtors, request that after notice and an opportunity for a hearing that this Honorable Court:

1.  Authorize the debtors to enter into the Commercial Premium Finance Agreement with AFCO Credit Corporation for the financing of the premiums for the debtors' employment practices liability insurance coverage; and

2.  Authorize that the debt incurred by the debtors with AFCO Credit Corporation for the financing of the premiums for the debtors' employment practices liability insurance coverage be given an administrative expense pursuant to §§ 503(b) and 507(b); and

3.  Award to the debtors have such other and further relief as is just and proper.

/s/ Marc R. Kivitz
Marc R. Kivitz
Trial Bar No. 02878
Suite 1330
201 North Charles Street
Baltimore, MD 21201
(410) 625-2300
Facsimile: (410) 576-0140
Email: mkivitz@aol.com
Attorney for debtor

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 23rd day of July, 2019, a copy of the foregoing motion for authority to incur debt with administrative expense priority was served electronically to:

Gerard R. Vetter, Esquire
Assistant U.S. Trustee
Suite 2650, 101 W. Lombard St.
Baltimore, MD 21201
gerard.r.vetter@usdoj.gov

Scott W. Foley, Esquire
Chair, Banking & Financial Serv.
250 West Pratt Street, Suite 2000
Baltimore, MD 21201
swf@shapirosher.com

Alan M. Grochal, Esquire
Tydings & Rosenberg, LLP
1 East Pratt Street
Suite 901
Baltimore, MD 21202
agrochal@tydingslaw.com

Raymond Burrows, III, President
Ray's Subway, Inc.
2108 Emmorton Park Road
Suite 203
Edgewood, MD 21040
rayburrows3@aol.com

and by first class mail, postage prepaid, to the persons and entities named on the attached Court creditor Matrix.

/s/ Marc R. Kivitz
Marc R. Kivitz

BURROWS: AFCO INSURANCE PREMIUM MOTION